

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-15-00451-CV

**IN RE STATE FARM LLOYDS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Jason Pulliam, Justice

On August 12, 2015, relator State Farm Lloyds filed a notice of settlement and unopposed motion to abate this mandamus proceeding pending the completion of settlement documents in the underlying cases. The unopposed motion to temporarily abate this proceeding is GRANTED. Relator is requested to file in this court either an advisory regarding the status of settlement proceedings, or an appropriate motion to dismiss this mandamus proceeding, within thirty days from the date of this order.

It is so **ORDERED** on August 14, 2015.

PER CURIAM

ATTESTED TO: _____
                 Keith E. Hottle
                 Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2014-CVF-001162 D1, styled *Raul Rodriguez and Noemi Rodriguez v. State Farm Lloyds and Felipe Farias*, and 2014-CVF-001048 D1, styled *Alma Pena v. State Farm Lloyds and Becky Lanier*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.